# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| Debtor: | ETHEL ROSE HARRIS |
| Case Number: | 2:13-BK-01104-RJH   Chapter: 13 |
| Date / Time / Room: | MONDAY, JUNE 17, 2013 11:00 AM   6TH FLOOR #603 |
| Bankruptcy Judge: | RANDOLPH J. HAINES |
| Courtroom Clerk: | JANET SMITH |
| Reporter / ECR: | SHERI FLETCHER |

## Matter:

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY JACKSON WHITE, P.C.

R / M #:   25 / 0

## Appearances:

JESSICA SABO, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
VINCENT MAYR, ATTORNEY FOR ETHEL ROSE HARRIS
BEN SKINNER, ATTORNEY FOR JACKSON & WHITE

## Proceedings:

Mr. Mayr informed they are trying to resolve the issues so they may go forward with confirmation.   He further explained there is a discrepancy with the trustee regarding the first mortgage.

Ms. Sabo reviewed the trustee's position suggesting a 45 day continuance.

Mr. Skinner stated he will work with debtors counsel.

COURT:   IT IS ORDERED CONTINUING THIS HEARING TO AUGUST 15, 2013 AT 10:30 AM  IN ADDITION TO THE DEBTOR WORKING ON THE JACKSON WHITE ISSUES, THE COURT WILL EXPECT THE DEBTOR TO HAVE FILED AND PROVIDED THE TRUSTEE WITH A COPIES OF THE 2012 TAX RETURNS BY THAT TIME AND IN ADDITION TO HAVE FILED AN OBJECTION TO THE JACKSON WHITE PROOF OF CLAIM.