IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.

*The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.*

Dated: August 12, 2013

*Randolph J. Haines*

Randolph J. Haines, Chief Bankruptcy Judge

_____

(SPACE ABOVE THIS LINE FOR COURT USE ONLY)

**CAMPBELL & COOMBS, P.C.**
1811 S. Alma School Road, Suite 225
Mesa, Arizona 85210
(480) 839-4828
Harold E. Campbell, Esq.
State Bar No. 005160
Vincent R. Mayr, Esq.
State Bar No. 013954
Attorneys for Debtor
vincent@haroldcampbell.com

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ETHEL ROSE HARRIS<br><br>Debtor | Chapter 13 Proceeding<br><br>Case No. 2:13-bk-01104- RJH |

**ORDER APPROVING STIPULATION TO RESOLVE OBJECTION TO PROOF OF CLAIM NO. 9 FILED BY JACKSON WHITE, P.C.**

The Court Finds as follows:

1. Jackson White P.C. filed its proof of claim No. 9, as amended on June 4, 2013 in a document referred to as Claim 9-2.

2. The debtor filed her Objection to the Proof of Claim at docket No. 45 on

Case 2:13-bk-01104-MCW    Doc 66    Filed 08/12/13    Entered 08/12/13 08:16:45    Desc
Main Document    Page 1 of 2

June 20, 2013.

3. Jackson White P.C. filed its Response to Objection to Proof of Claim of Jackson white at docket No. 51 on July 5, 2013.

The parties have resolved their differences as evidenced by their signed Stipulation to Resolve Objection to Proof of Claim No. 9 filed by Jackson White, P.C.

**WHEREFORE, it is ordered as follows:**

A. The Proof of Claim (No. 9 and any amendments thereto) shall be Allowed as a general unsecured claim in the principal amount of $ 126,818.54, as a secured claim in the amount of $ 0.00, and as a priority unsecured claim in the amount of $ 0.00 in the debtor's bankruptcy estate.

B. Jackson White, P.C. shall, within thirty days of entry of an order confirming a chapter 13 plan in this case, file a release (as to debtor) of the judgment filed as document number 20130005854 in the records of the Maricopa County Recorder.

**SO ORDERED BY THE JUDGE WHOSE SIGNATURE APPEARS ABOVE.**

The foregoing is stipulated to and agreed by the parties, as evidenced by the signatures of their counsel set forth below.

DATED: August 5, 2013

CAMPBELL & COOMBS, P.C.

By: /s/ _____
Vincent R. Mayr, Esq.
Attorney for Debtor

DATED: August 5, 2013

JACKSON WHITE, P.C.

By: /s/ _____
Attorney for Creditor
Jackson White, P.C.
By: Roger R. Foote, No 011483

2