CAMPBELL & COOMBS, P.C.
1811 S. Alma School Road, Suite 225
Mesa, Arizona 85210
(480) 839-4828
Harold E. Campbell, Esq.
State Bar No. 005160
Vincent R. Mayr, Esq.
State Bar No. 013954
Attorneys for Debtor
vincent@haroldcampbell.com

# IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceeding |
|---|---|
| ETHEL ROSE HARRIS | Case No. 2:13-bk-01104-RJH |
| Debtor | Hearing Date: August 27, 2013<br>Hearing Time: 11:00 A.M. |
| ETHEL ROSE HARRIS | Hearing Location: Courtroom 602<br>US Bankruptcy Court, 230 N. 1st Ave.,<br>Phoenix, Arizona |
| Debtor. | |
| vs. | |
| JACKSON WHITE, P.C. | |
| Respondent. | |

**STIPULATION TO RESOLVE MOTION FOR SANCTIONS UNDER 11 U.S.C. §362(k)**

Come now, the parties, Ethel Rose Harris and Jackson White P.C., by and through their respective attorneys undersigned, and hereby stipulate as follows in relation to debtor's Motion for Sanctions Under 11 U.S.C. § 362(k):

1. The debtor filed a Motion for Sanctions Under 11 U.S.C. § 362(k) on July 1, 2013 at docket no. 46.

2. Jackson White, P.C. filed its Response to Motion for Sanctions Against Jackson White on July 8, 2013 at docket no. 53.

The parties have conferred and considered their respective positions relating to the Motion, and the Response to the Motion. In doing so, the parties agree that the issues between them, in relation to the Motion for Sanctions, can be resolved in accordance with the following terms:

A. No party admits to any of the allegations in the Motion or the Response to the Motion.

B.   The Motion is dismissed, with prejudice.

The foregoing is stipulated to and agreed by the parties, as evidenced by the signatures of their counsel set forth below.

DATED: August 1, 2013

CAMPBELL & COOMBS, P.C.

By: /s/ _____
Vincent R. Mayr, Esq.
Attorney for Debtor

DATED: August 13, 2013

JACKSON WHITE, P.C.

By:/s/ _____
Attorney for Creditor
Jackson White, P.C.
By: Roger R. Foote, No 011483

2