IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.

*The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.*

Dated: August 13, 2013

*Randolph J. Haines*

Randolph J. Haines, Chief Bankruptcy Judge

(SPACE ABOVE THIS LINE FOR COURT USE ONLY)

CAMPBELL & COOMBS, P.C.
1811 S. Alma School Road, Suite 225
Mesa, Arizona 85210
(480) 839-4828
Harold E. Campbell, Esq.
State Bar No. 005160
Vincent R. Mayr, Esq.
State Bar No. 013954
Attorneys for Debtor
vincent@haroldcampbell.com

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceeding |
| ETHEL ROSE HARRIS | Case No. 2:13-bk-01104-RJH |
| Debtor | Hearing Date: **VACATED** |
| ETHEL ROSE HARRIS | Hearing Time: **VACATED** <br> Hearing Location: Courtroom 602 |
| Debtor. | US Bankruptcy Court, 230 N. 1st Ave., Phoenix, Arizona |
| vs. | |
| JACKSON WHITE, P.C. | |
| Respondent. | |

**ORDER APPROVING STIPULATION TO RESOLVE MOTION FOR SANCTIONS UNDER 11 U.S.C. §362(k) AND DISMISSING SAID MOTION WITH PREJUDICE**

WHEREAS, the parties, Ethel Rose Harris and Jackson White P.C., by and

through their respective attorneys having stipulated to dismissal of the Motion for Sanctions Under 11 U.S.C. § 362(k),

**IT IS HEREBY ORDERED** that the Motion for Sanctions Under 11 U.S.C. § 362(k) filed on July 1, 2013 at docket no. 46 is hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED VACATING** the hearing currently set for 11:00 A.M. on August 27, 2013 to consider same.

**SO ORDERED BY THE JUDGE WHOSE SIGNATURE APPEARS ABOVE**

The foregoing Order has been stipulated to by, and approved by, the following:

DATED: August 1, 2013

CAMPBELL & COOMBS, P.C.

By: /s/
Vincent R. Mayr, Esq.
Attorney for Debtor

DATED: August 13, 2013

JACKSON WHITE, P.C.

By: /s/
Attorney for Creditor
Jackson White, P.C.
By: Roger R. Foote, No 011483

2