# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ETHEL ROSE HARRIS |
| **Case Number:** | 2:13-BK-01104-RJH    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 15, 2013 10:30 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | CHRISTINA JOHNSON |

### Matter:

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY JACKSON WHITE, P.C.

**R / M #:** 25 / 0

### Appearances:

ANDREW DUDLEY, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
VINCENT MAYR, ATTORNEY FOR ETHEL ROSE HARRIS

### Proceedings:

Mr. Mayr reviewed the resolution of the Jackson White objection advising the debtor is working on an amended budget and once that is complete will sign off on a stipulated order of confirmation. He further advised a new schedule I & J will be filed and the stipulated order of confirmation will then be circulated. He requested 30 days to accomplish this.

Mr. Dudley stated the debtor is current on plan payments. He requested a status hearing in 30 days.

COURT: IT IS ORDERED DIRECTING THE DEBTOR TO LODGE AN ACCEPTABLE STIPULATED ORDER OF CONFIRMATION WITH THE TRUSTEE BY 5:00 PM ON MONDAY, SEPTEMBER 16, 2013. NO FURTHER HEARINGS WILL BE SET EXCEPT UPON REQUEST.