# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | ETHEL ROSE HARRIS |
| **Case Number:** | 2:13-BK-01104-RJH    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, AUGUST 27, 2013 11:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY - 11 U.S.C. SECTION 362(K) FILED BY DEBTOR

**R / M #:**   46 / 0

**VACATED:  STIPULATION SETTLING**

## Appearances:

NONE

## Proceedings:

VACATED: STIPULATION SETTLING

Case 2:13-bk-01104-MCW    Doc 76    Filed 08/27/13    Entered 08/27/13 12:08:21    Desc
Main Document    Page 1 of 1