# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | ETHEL ROSE HARRIS |
| **Case Number:** | 2:13-BK-01104-RJH    **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, JANUARY 13, 2014 02:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | CHRISTINA JOHNSON |

### *Matter:*

STATUS HEARING ON CONFIRMATION OF PLAN

R / M #:   99 / 0

### *Appearances:*

ANDREW DUDLEY, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
VINCENT R MAYR, ATTORNEY FOR ETHEL ROSE HARRIS

### *Proceedings:*

Mr. Dudley reviewed the history of this matter advising the case is moving forward.   He urged the Court to continue this hearing for 30 days.

COURT:   IT IS ORDERED CONTINUING THIS HEARING TO FEBRUARY 18, 2014 AT 10:00 AM.