# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ETHEL ROSE HARRIS | | |
| **Case Number:** | 2:13-BK-01104-RJH | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 18, 2014 10:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | CHRISTINA JOHNSON | | |

## *Matter:*

STATUS HEARING ON CONFIRMATION OF PLAN

**R / M #:**   99 / 0

## *Appearances:*

ANDREW DUDLEY, ATTORNEY FOR EDWARD J. MANEY
JOHN YOHE, ATTORNEY FOR DEBTOR

## *Proceedings:*

Mr. Dudley informed a proposed Stipulated Order of Confirmation was received and rejected previously however the issues appear to be worked out and the plan should be ready to confirm.   He requested a back up hearing in 30 days which he will vacate if a confirmation order is entered.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO APRIL 1, 2014 AT 10:00 AM.

Case 2:13-bk-01104-MCW    Doc 115    Filed 02/18/14    Entered 02/18/14 10:44:28    Desc
Main Document    Page 1 of 1