IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.

*The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.*

Dated: February 18, 2014



*Randolph J. Haines*

**Randolph J. Haines, Chief Bankruptcy Judge**
_____

_____
&lt;SPACE ABOVE THIS LINE FOR COURT USE ONLY&gt;

**CAMPBELL & COOMBS, P.C.**
1811 S. Alma School Road, Suite 225
Mesa, Arizona 85210
(480) 839-4828
Fax: (480) 897-1461

Harold E. Campbell, Esq.
State Bar No. 005160
Vincent R. Mayr, Esq.
State Bar No. 013954
Attorneys for Debtor

### IN THE UNITED STATES BANKRUPTCY COURT
### IN AND FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceeding |
|---|---|
| ETHEL ROSE HARRIS, | **Case No. 2:13-bk-01104-RJH** |
| Debtor. | |

### ORDER AVOIDING LIEN OF UNIFUND CCR PARTNERS

Whereas the Debtor filed a Motion to Avoid Judicial Lien of Unifund CCR Partners, and the time to file objections or responses has passed,

Counsel for the Debtor having certified as to service of the Objection,

No Answer, response or objection to said Motion to Avoid Lien having been filed,

**GOOD CAUSE APPEARING**,

**IT IS HEREBY ORDERED** that the Judicial Lien of Unifund CCR Partners filed in the Official Records of Maricopa County on August 17, 2011 as instrument number 20110685794 is avoided. The lien of Unifund CCR Partners shall be treated as an unsecured obligation and shall no longer be considered to be attached to Real Property of the Debtor in Maricopa County, Arizona.

**SO ORDERED AS INDICATED ABOVE**